In The United States District Court
For The Southern District of Mississippi
Northern Division

Elza Sanders                                      Plaintiff
  vs                                              3:25-cv-00186
Sheriff Martin Pace                               Defendent

Motion For Complaint
Lost Papers

Comes Now Elza Sanders The Plaintiff Prose In The Above Styled Cause And Makes This His Motion Requesting That This Hon Court Judge Hon. Andrew Harris Provide Him With Copies Of Complaint, Lost, Distroyed Legal Papers And Would Show Unto This Court The Following To Wit:

(1) That The Plaintiff Mr. Elza Sanders Filed His Complaint In This Court On March 18, 2025 Against Sheriff Martin Pace Of Warren County, Ms.

(2) That On Or About July 26, 2025 K9. C.I.D Dept Performed A Hudge Shake Down At CMCF West Central Where Plaintiff Is Housed In Pearl Ms, And That More Then Half Of His Legal Papers And Complaint Was Lost, Or Misplaced.

(3) That On Or About August 29, 2025 The Defendents Attorney Hon. William Allen Filed Answer To Plaintiffs Complaint Denying All Allegations Against Defendent.

(4) Plaintiff Respectfully Ask That This Hon Court Provide Him Copies Of His Complaint And Any Papers That He Might Have To Continue This Suit Against Defendent Sheriff Martin Pace.

(5) Plaintiff Respectfully Request This Court Produce These Papers So He Can Continue This Suit.

(1)

WHEREFORE THE PLAINTIFF ASK THIS Honorable Court Grant His Motion

SIGNED THIS THE ___ DAY OF SEP, 2025.

Respectfully
Elza Sanders

## CERTIFICATE OF SERVICE

THAT I THE UNDERSIGNED Mr. Elza Sanders THE PLAINTIFF DOES HEREBY CERTIFY THAT I HAVE FILED, MAILED THE FOREGOING MOTION TO UNITED STATES DISTRICT COURT CLERK AND I ALSO MAILED A TRUE COPY OF THE SAME TO DEFENDENTS ATTORNEY Hon William Allen ADDRESS BEING SUITE 1400, 1020 HIGHLAND COLONY PARKWAY RIDGELAND MS, 39157.

So CERTIFIED THIS THE ___ DAY OF SEP, 2025

Respectfully
Erza Sanders
Elza Sanders #253399
CMCF- WEST CENTRAL A-C-83
P.O. Box 88550
Pearl MS, 39288

(2)