UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELZA C. SANDERS                                                                                        PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 3:25-cv-186-DPJ-ASH

SHERIFF MARTIN PAGE,
Warren County Sheriff Department, Individual capacity                             DEFENDANT

ORDER

Before the Court is pro se prisoner Plaintiff Elza C. Sanders's Motion requesting copies of his Complaint and other documents that he has filed. Mot. [12] at 1. Sanders states that these documents were either lost or destroyed in a "shake-down" on July 26, 2025. *Id*. He also states that he needs "these papers" so that he can continue his case. *Id*. Sanders was granted in forma pauperis ("IFP") status on May 12, 2025, *see* Order [5], and an omnibus hearing has been set for October 29, 2025, *see* Order [13]. Because he has been granted IFP status, Sanders appears to be asking that the Court provide him with copies without payment of costs.

"Generally, IFP status does not entitle a pro se inmate to free copies of Court documents." *Bond v. Collier*, No. 7:21-cv-67-M-BP, 2022 WL 22337631, at *2 (N.D. Tex. Jan. 13, 2022) (citing *Harless v. United States*, 329 F.2d 397, 398–99 (5th Cir. 1964)). "The decision regarding whether to order free copies rests within[] the Court's discretion." *Moser v. United States*, No. 3:19-cv-2235-B, 2020 WL 13952316, at *2 (N.D. Tex. Mar. 16, 2020) (citing *United States v. Turner*, No. 3:08CR141-DPJ-LRA, 2016 WL 5887760, at *3 (S.D. Miss. Oct. 7, 2016); *Althouse v. Cockrell*, 3:01-cv-779-R, 2004 WL 377049, *2 (N.D. Tex. Feb. 13, 2004)). "To warrant the exercise of this discretion, the movant must show both 'need and relevance.'" *Id*.

Sanders explains that his Complaint as well as other documents were destroyed during a "shake-down" on July 26, 2025, and that he needs these documents to continue litigating this

1

case. Mot. [12] at 1. Sanders adds that he has received a copy of Defendant's Answer [10] on or about August 29, 2025. *Id.* The Court finds that Sanders Motion [12] shows both a need and relevance and it will be granted in part and denied in part. The Court cautions Sanders that future requests for copies will be met with greater skepticism and less leniency. He must maintain copies of his own records.

IT IS HERBY ORDERED that pro se Plaintiff Sanders's Motion [12] requesting free copies of court documents will be granted to the extent that the Clerk is directed to mail to Sanders at his last-known address a copy of his Complaint [1] filed on March 18, 2025, a copy of the Order [5] entered on May 12, 2025, granting him IFP status and assessing him the filing fee, and a copy of the Order [8] entered on June 30, 2025, referring this case to Honorable Andrew S. Harris, United States Magistrate Judge, without requiring Sanders to pay the cost of copies, and Sanders's Motion is denied in all other respects.

SO ORDERED, this the 12th day of September, 2025.

*s/Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE