# In The United States District
## Southern District Of Miss

Elza Sanders                                    Plaintiff
  VS                                            3:25 CV-186
Sheriff Martin Page                             Defendant

## Motion Requesting Inmate Advocate

Comes Now The Plaintiff Elza Sanders Prose And Makes This His Motion Requesting This Court To Appoint An Inmate Advocate And Would Show The Following:

(1) That On Sep 12, 2025 This Court Sent To Plaintiff An Order Setting An Omnibus Hearing For Wed October 29, 2025

(2) That As Part Of This Hearing The Plaintiff Was Ordered To Be Prepared To Make A Full Statement Of Each Claim And How He Proposed To Prove Those Claims

(3) Plaintiff Has No Knowledge Of The Law And Only A Fifth Grade Education

(1)

(4) That the Plaintiff will not be able to understand the questions that would be asked on how to explain the claims or prove his claims

5) The Plaintiff is asking that this count allow him an Inmate Advocate to assist him at hearing

6) Plaintiff ask that this count appoint and allow Mr. Timothy McCoy 182773 Who's been incarcerated almost 13yrs has a great Institutional Record he has also received his Paralegal Cert through Blackstone College

Wherefore Plaintiff prays this Honorable Count Grants his Motion

Signed this the 30 September, 2025

Respectfully
C Sanders
Elza Sanders Plaintiff

## Certificate Of Service

This Is To Certify That I Elza Sawders Have This Date Through CMCF Inmate Legal Assistance Program Caused To Be Mailed Via United States Mail Postage Pre-Paid A True And Correct Copy Of The Foregoing Motion Titled Motion Requesting Inmate Advocate To The United States District Court Clerk Address Being 501 E. Court St Ste 2.500 Jackson MS. 39201

So Certified This The 30 Day Of Sep 2025

Respectfully

Elza C. Sawders
Elza Sawders Plaintiff
# 253397
WC-A-C- 50
P.o. Box 88550
Pearl MS. 39288