Elza Sanders
WC-A-C-50
P.O. Box 88550
Pearl MS 39288

U.S. District Court
Southern District of Miss
501 E. Court St Ste 2.500
Jackson Ms. 39201

Sep 29, 2025

Re: 3:25 cv-156

Clerk,

Please Find Enclosed The Following Motion Titled Motion Requesting Inmate Advocate. I Have An Omnibus Hearing On Wed October 29, 2025. And I Will Not Be Able To Understand Certain Things, Answer Questions, This Advocate Would Only Assist Me In The Hearing Please File Motion And Place On Your Docket For Hearing

Thank You

Elza C Sanders
Elza Sanders Plaintiff