UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELZA C. SANDERS                                                                                   PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:25-CV-186-DPJ-ASH

SHERIFF MARTIN PACE                                                                        DEFENDANT

ORDER

There came on for consideration pro se Plaintiff Elza C. Sanders's Motion entitled "Motion Requesting Inmate Advocate" and docketed as a "Motion to Appoint Counsel (Inmate Advocate). Pl.'s Mot. 17 at 1–3. Sanders "ask that this court appoint and allow Mr. Timothy McCoy 182773 who's been incarcerated almost 13 yrs has a great institutional record he has also received his paralegal cert through Blackstone College." *Id.* at 2 (unaltered).

A federal litigant "may plead and conduct their own cases personally or by counsel." 28 U.S.C. § 1654. "Section 1654 does not permit a non-attorney to represent a litigant in federal court and even a valid power of attorney does not permit it." *Hill First Fin. Bank Shares*, No. 1:17-CV-25-BL, 2017 WL 838267, at *1–4 (N.D. Tex. Mar. 2, 2017); *accord Williams v. United States*, 477 F. App'x 9, 11 (3d Cir. 2012) ("[The plaintiff's] power of attorney for her father may confer certain decision-making authority under state law, but it does not permit her to represent him pro se in federal court."); *Conely v. Lee*, No. A-14-CA-242-SS, 2014 WL 2722727, at *2 (W.D. Tex. June 13, 2014) ("A person may represent herself, but the law does not allow her to act as an attorney for others, even under a power of attorney."). Although Timothy McCoy has a paralegal certificate, this does not qualify him, since he is not an attorney licensed to practice in the state of Mississippi, to represent Sanders in this civil action. Sanders's Motion [17] therefore will be denied. Accordingly,

1

IT IS ORDERED that pro se Plaintiff Elza C. Sanders's Motion [17] requesting an inmate advocate is denied.

THIS the 2nd day of October, 2025.

*s/Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE