UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELZA C. SANDERS                                                                                    PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 3:25-cv-186-DPJ-ASH

SHERIFF MARTIN PAGE,
Warren County Sheriff Department, Individual capacity                    DEFENDANT

ORDER

This matter is before the Court sua sponte. Defendant Sheriff Martin Pace has filed a Motion for Judgment on the Pleadings [15].[1] Defendant states that "Plaintiff's claims fail as a matter of law because the statute of limitations expired prior to his filing suit." Def.'s Mot. [15] at 1 (citations omitted). Sanders failed to file a response to this Motion [15] within the time allowed under the local rules. The Court prefers the benefit of full briefing prior to ruling and will allow Sanders a final opportunity to respond to the motion. Therefore, Sanders will be granted an extension of time to respond to the Defendant Page's Motion for Judgment on the Pleadings [15]. It is, therefore,

ORDERED:

1. That the Clerk is directed to correct the Defendant's last name to "Pace."

2. That pro se Plaintiff Elza C. Sanders is directed to file a response to Defendant Sheriff Martin Pace's Motion for Judgment on the Pleadings [15] on or before October 16, 2025.

3. That pro se Plaintiff Elza C. Sanders is warned that if he does not file a response, then the Court will consider Defendant Pace's pending Motion for Judgment on the Pleadings [15] without a response.

---

[1] Plaintiff names Sheriff Martin Page as the Defendant. Compl. [1] at 1–2. In his Motion [15], Defendant's last name is Pace, not Page.

4. That pro se Plaintiff Elza C. Sanders is required to file his signed response to the Defendant Pace's Motion for Judgment on the Pleadings [15] with the Clerk, U. S. District Court, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

Pro se Plaintiff Elza C. Sanders is further warned that his failure to fully comply with any order of the Court in a timely manner or failure to advise the Court of a change of address as required by the Notice of Assignment [1-1] may result in the dismissal of this case.

SO ORDERED, this the 2nd day of October, 2025.

     *s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE