IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELZA C. SANDERS**                                                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 3:25-cv-186-DPJ-ASH**

**SHERIFF MARTIN PACE,**
Warren County Sheriff Department, individual capacity                        **DEFENDANT**

### SHERIFF MARTIN PACE'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

Defendant, Sheriff Martin Pace, by and through counsel, respectfully moves this Court for an extension of time to submit Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e, related motions as follows:

1. This matter is currently set for a *Spears*[1] hearing ("Omnibus Hearing") on Wednesday, October 29, 2025, at 9:00 AM in Courtroom 5D of the Thad Cochran United States Courthouse, 501 E. Court Street, Jackson, Mississippi 39201, which will also operate as a scheduling, discovery, status, and pretrial conference under Fed. R. Civ. P. 16. *See Order*, CF/ECF Doc. No. 13, at 1 (¶ 1).

2. The Court's Order directs that "Any motions to dismiss for failure to exhaust administrative remedies shall be filed no later than seven days prior to the omnibus hearing." *Id*. at 3 (¶ 11).

3. Because Plaintiff alleges there is no known grievance procedure[2], Sheriff Pace respectfully requests the Court extend the deadline to submit a PLRA exhaustion

---

[1] *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).
[2] *See Compl.*, CF/ECF Doc. No. 1, ¶ IV(B).

motion until fourteen (14) days after receipt of the Court's official transcript for the October 29, 2025, Omnibus Hearing.

4. During the Omnibus Hearing, the Court will seek: "1) to determine if dismissal under 28 U.S.C. § 1915(e) and/or 28 U.S.C. § 1915A is appropriate; 2) to define the issues to be litigated; 3) to assure appropriate discovery and to define the limitations for discovery; 4) to ascertain the potential witnesses and exhibits, and to provide appropriate assistance to the pro se litigant; 5) to entertain any motion of the parties; and 6) to schedule further proceedings and a trial on the merits of the case if appropriate." *Id.* at 1. As such, Sheriff Pace submits this Motion for Extension of Time so that he may better understand Plaintiff's factual allegations pertaining to administrative remedies before submitting a PLRA exhaustion motion. More specifically, Sheriff Pace seeks to determine to what extent the PLRA's exhaustion requirement applies to Plaintiff's claims against him.

5. Significantly, this matter is near infancy, and the Court has not yet entered a Case Management Order ("CMO") for this case. Furthermore, Sheriff Pace recently submitted a Motion for Judgment on the Pleadings and supporting Memorandum of Authorities seeking dismissal of this action in its entirety. *See Motion and Memorandum, CF/ECF Doc. Nos.* 15 and 16. Accordingly, an extension here will not prejudice any party, nor will the extension substantially delay this action. This Motion is made in good faith and not for the purposes of harassment or intentional delay.

6. Due to the straightforward nature of this Motion, Sheriff Pace respectfully requests the Court relieve him of submitting a separate memorandum of authorities as required by Rule 7.2 of this Court's Local Uniform Civil Rules.

Wherefore, premises considered, Sheriff Pace respectfully requests this Court extend the deadline for PLRA exhaustion motions until fourteen (14) days after his receipt of the Court's official transcript of the October 29, 2025, Omnibus Hearing.

**DATE:** **October 21, 2025.**

          Respectfully submitted,

          **SHERIFF MARTIN PACE**

          BY:    */s/ William R. Allen*
                    One of His Attorneys

WILLIAM R. ALLEN (MSB #100541)
WILLIAM D. BOYD (MSB #106220)
Butler Snow, LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS  39157
Tel. 601-948-5711
Fax 601-985-4500
E-mail:  will.allen@butlersnow.com
E-mail:  will.boyd@butlersnow.com

**CERTIFICATE OF SERVICE**

I, the undersigned of Butler Snow LLP, one of the attorneys for Defendant, Sheriff Martin Pace, hereby certify that I have filed the foregoing Motion for Extension of Time to File Dispositive Motion for Failure to Exhaust Administrative Remedies with the Clerk of Court via the ECF System and that I have this day mailed, postage prepaid, a true and correct copy to the following non-ECF participant:

> Elza C. Sanders,
> # 253399
> Central Mississippi Correctional Facility
> P.O. Box 88550
> Pearl, MS 39208
> *Pro Se Plaintiff*

This 21st day of October 2025.

/s/William R. Allen
OF COUNSEL

97969719.v1