UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Oct 22 2025
ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELZA C. SANDERS, PRO SE             PLAINTIFF

v.            CIVIL ACTION NO.: 3:25-cv-186-DPJ-ASH

MARTIN PACE
Warren County Sheriff Department, Individual Capacity            DEFENDANT

## ORDER

THIS CAUSE comes on this date on the *sua sponte* motion of the Court for an order for a writ of habeas corpus ad testificandum requiring that **Elza C. Sanders, MDOC No. 253399,** be present at the omnibus hearing of this matter.

IT IS, THEREFORE, ORDERED that a writ of habeas corpus ad testificandum issue forthwith from this Court directing the Superintendent to transport the above-named to appear before the Honorable Andrew S. Harris, United States Magistrate Judge, United States District Court for the Southern District of Mississippi, in the Thad Cochran United States Courthouse, 501 E. Court Street, Courtroom No. 5D, Jackson, Mississippi, on **October 29, 2025, at 9:00 a.m.** for an omnibus hearing in this matter. Thereafter, upon being dismissed by the Court, the above-named will be returned to the above-named institution or to such other institution as is designated by the Superintendent thereof, where he may be lawfully incarcerated.

SO ORDERED, this the 22nd day of October 2025.

/s/ Andrew S. Harris
United States Magistrate Judge