Elza Sanders
WC-A-C-50
P.o. Box 88550
Pearl Ms, 39288

United States District Court
Southern District of Miss

Oct 2025

Re: Court Order
October 2nd, 2025

I am writing this letter in response to this Honorable Courts Order issued by Hon. Andrew Harris on October 2nd 2025. That the Defendant Sheriff Martin Pace filed his Motion for Judgment on the Pleadings claiming that the Plaintiffs Claims fail as a matter of law because the Statute of Limitations expired prior to me filing suit and that I failed to file an answer within the time allowed under Local Rules. Sir with all due respect to this Honorable Court and Defendents. I have never received a copy of a Motion for Judgment on the Pleadings. The Court allowed a final opportunity to respond to the Defendants Paces Motion. On or before October 16th, 2025. Plaintiff argues that any Statute of Limitations or Time Limits that were in place to file such answer should be discontinued for the following Reasons.

(1)

(1) That Plaintiff Never Received His Copy Of Said Motion Judgment On The Pleading

(2) That This Court Order Was Issued On Thursday October 2nd 2025.

(3) This Court Ordered Plaintiff To Answer Said Motion On Or Before October 16, 2025

(4) The Plaintiff Received His Copy Of This Courts Order On Monday October 13, 2025 Only Given Him Three (3) Days To Answer

(5) That The Inmate Legal Assistance Program Picks Up Outgoing Legal Mail Every Tue

(6) That On Tuesday October 21st Plaintiff Had An Response Ready To Go Out Through The Inmate Assistance Program. When I Was Called I Was Not Given Enough Time To Get To The Door When The ILAP Lady Just Left. I Am In A Wheel Chair And Cant Move Fast By The Time I Reached The Door She Had Gone. My Self And Seuveral Other Inmates Tried Talking To The Black Male Capt. Who Was In Our Tower He Told Us To Get Away From The Damn Window That It Was Over With. So I Never Got To See Anyone

(7) And On Wed October 22nd I Spoke With The Male Major Who Was Very Helpful He Took My Information And Told ILAP That I Had A Deadline Past Due

(2)

He came back within the hour he told me that Ms McCloud said if they didn't see me on Wed that they would on Thursday.

Plaintiff contends that upon this courts request he would provide evidence to show he never received said motion by his in coming legal mail summary through ILAP that it would take another two weeks to provide Please see Exhibit A titled Legal and Priority Mail Receipt showing when I received this courts order on October 2, 2025

Plaintiff ask that this court on defendant provide him this motion judgment on the pleading and that because of the above reasons he be allowed reasonable time to answer the motion.

Signed this the 21 day of October, 2025

Respectfully
Elza Sanders
Elza Sanders, Plaintiff

13)