In The United States District Court
Southern District Of Mississippi

Elza Sandins
vs
Sheiff Mantin

Plaintiff
3:25-cv-186
Defendant

## Motion To Amend Complaint

Comes The Plaintiff Elza Sandins And Moves This Honorable Court For An Order Pursuant To Federal Rules Of Civil Procedure 15(a) Granting The Plaintiff Leave To Amend His Complaint As Follows:

(1) Plaintiff Is Handicap Half Of His Body Is Paralyze From A Stroke In 2021.

(2) That Because Of This Medical Issue Plaintiff Is Unable To Have Use Of His Hand To Write Clearly. And He Allowed Another Person To Complete His Complaint.

(3) That Because Plaintiff Has No Knowledge Or Any Understanding Of The Law There Were Certain Claims That Were True But The Truth Was Not Completely Told. (1)

(4) The Plaintiff Is Asking This Hon Court To Allow Him To Add John Doe As Defendent A Jailer At Warren County Jail

(5) By Deleting The Paragraph 2 Section B And Adding Pretrial Detainees Fifth And Fourteenth Amendment Due Process Clause

(6) By Editing Paragraph V By Deleting The Words Neck Was Fracture And Replacing With My Neck Hurt Badly

(7) By Deleting Emotional Distress In Paragraph VI And Adding Emotional Injury

(8) The Plaintiff Apologizes To Both Defendan And This Court For Any Confusion This Might Cause. I Didnt Want Any Type Of False Statements In My Complaint

(9) Plaintiff Hopes Hes Allowed To Amend As Asked

/2

Wherefore Plaintiff Prays And Begs This Court Along With Defendants Allows To Amend And The Court Grants Motion

Signed This The 18 Day Of October 2025

Respectfully

ELZA SANDERS
Elza Sanders