In The United States District Court
Southern District Of Mississippi

Elza Sanders                                    Plaintiff
   vs                                           3:25-cv-186-DP
Sheriff Martin Pace                             Defendant

## Motion For Appointment Of Counsel

Pursuant To 28 U.S.C. § 1915(e)(1) Plaintiff Elza Sanders Prose And Files This His Motion Asking This Court To Appoint Him Counsel And Would Show This Court The Following:

1) The Plaintiff Filed His Complaint On Or About March 13, 2025

2) Plaintiff Is Unable To Afford Counsel He Has Been Granted Informa Pauperis

3) Plaintiffs Imprisonment Will Greatly Limit His Ability To Litigate

4) That The Issues Involved In This Case Are Complex And Will Require Significant Research And Investigation

5) Plaintiff Has Limited Access To The Law Library And Limited Knowledge Of The Law

16) That He Only Has A 5th Grade Education And It Would Be Hard For Him To Understand And Answer Any Questions And Explain His Claims And How He Plans To Prove Those Claims.

17) Plaintiff Has Requested An Inmate Advocate To Assist Not Represent Him With Questions And To Help Him To Understand The Proceeding At Said Hearing But Was Denied by This Court

18) That A Trial In This Case Will Likely Involve Conflicting Testimony And Counsel Would Better Enable Plaintiff To Present Evidence And Cross Examine Witnesses

Where Fore Plaintiff Mr. Elza Sanders Prays That This Court Grant His Motion

Signed This The 20 Day Of October 2025

Respectfully Submitted

ELZA SANDERS
Elza Sanders Plaintiff

I The Undersigned Elza Sanders The Plaintiff Certifys That I Have Filed The Fore Going Motions And Letters Through CMCF Inmate Legal Assistance Program With The United States District Courts Clerk Via The ECF System

(1) Letter In Reply To Courts On Dkn Oct 2nd 2025

(2) Motion For Appointment Counsel

(3) Motion To Amend Complaint

And That I've Also This Day Mailed Postage Pre Paid A True And Correct Copy To The Following

Butler Snow LLP

So Certified This The 21 Day Of October 2025

Respectfully,

Elza Sanders
Elza Sanders