## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**ELZA C. SANDERS**                                              **PLANTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 3 :25-cv-186-DPJ-ASH**

**MARTIN PACE,**
**Warren County Sheriff Department, individual capacity**       **DEFENDANT**

### SHERIFF MARTIN PACE'S WITNESS LIST

Defendant, Sheriff Martin Pace, by and through counsel, and in response to this Court's Order Setting Omnibus Hearing (*CF/ECF Doc. No.* 13), respectfully submits the following Witness List:

1.      Martin Pace
             1000 Grove Street
             Vicksburg, MS 39183

Sheriff Pace will testify as to his knowledge and personal participation, if any, in the allegations that give rise to Plaintiff's claims. He may also provide testimony as to the general policies, procedures, and activities of the Warren County Sheriff's Department, including those installed during Plaintiff's incarceration in the Warren County Jail.

2.      Bobby Stewart
             1000 Grove Street
             Vicksburg, MS 39183

Chief Deputy Stewart will testify as to his knowledge, if any, of the allegations that give rise to Plaintiff's claims. He may also provide testimony as to the policies, procedures, and activities of the Warren County Sheriff's Department concerning inmate

administrative remedies, including those installed during Plaintiff's incarceration in the Warren County Jail.

3. Defendant reserves the right to call any witness identified by Plaintiff as a person or persons having knowledge of the events complained of in Plaintiff's Complaint or identified during discovery in this matter.

**DATE:**     October 29, 2025

Respectfully submitted,

**SHERIFF MARTIN PACE**

BY:     /s/ *William D. Boyd*
       One of His Attorneys

WILLIAM R. ALLEN (MSB #100541)
WILLIAM D. BOYD (MSB #106220)
Butler Snow, LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Tel. 601-948-5711
Fax 601-985-4500
Email: will.allen@butlersnow.com
Email: will.boyd@butlersnow.com

## CERTIFICATE OF SERVICE

I, the undersigned of Butler Snow, LLP, one of the attorneys for Sheriff Martin Pace, hereby certify that on this day, I electronically filed the foregoing Witness List with the Clerk of the Court using the ECF system, and that I have this day personally served or mailed, postage prepaid, a true and correct copy to the following non-ECF participant:

> Elza C. Sanders,
> # 253399
> Central Mississippi Correctional Facility
> P.O. Box 88550
> Pearl, MS 39208
>     *Pro Se Plaintiff*

This 29th day of October 2025.

/s/ *William D. Boyd*
OF COUNSEL

98026970.v1