F UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELZA C. SANDERS**                                                                       **PLANTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 3:25-cv-186-DPJ-ASH**

**MARTIN PACE,**
**Warren County Sheriff Department, individual capacity**        **DEFENDANT**

## SHERIFF MARTIN PACE'S EXHIBIT LIST

Defendant, Sheriff Martin Pace, by and through counsel, and in response to this Court's Order Setting Omnibus Hearing (*CF/ECF Doc. No.* 13), respectfully submits the following Exhibit List:

1. **Inmate Jail Records**

Plaintiff's inmate records from his incarceration at the Warren County Jail, identified as CLT-(E.SANDERS)-000001-000039 and CLT-(E.SANDERS)-000147.

2. **Prisoner Location Reports**

Prisoner location reports made during Plaintiff's incarceration at the Warren County Jail, identified as CLT-(E.SANDERS)-000040-000146.

3. **Grievance Policy**

Administrative remedies program in place during Plaintiff's incarceration at the Warren County Jail, identified as CLT-(E.SANDERS)-000148-000152.

4. **Any records produced in response to a subpoena or medical release**

Defendant reserves the right to use any documents which may be produced by a third party in response to a subpoena issued in this matter or in response to any medical release which the Court might direct Plaintiff to execute.

4.     **Any documents produced or identified by Plaintiff**

Defendant reserves the right to use any documents produced by or identified by Plaintiff during discovery in this matter which are relevant to the incident(s) identified in Plaintiff's Complaint and more particularly described during the omnibus hearing in this matter.

**DATE:**     **October 29, 2025.**

                                              Respectfully submitted,

                                              **SHERIFF MARTIN PACE**

                                              BY:     */s/ William D. Boyd*
                                                        One of His Attorneys

WILLIAM R. ALLEN (MSB #100541)
WILLIAM D. BOYD (MSB #106220)
Butler Snow, LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Tel. 601-948-5711
Fax 601-985-4500
Email: will.allen@butlersnow.com
Email: will.boyd@butlersnow.com

## CERTIFICATE OF SERVICE

I, the undersigned of Butler Snow, LLP, one of the attorneys for Sheriff Martin Pace, hereby certify that on this day, I electronically filed the foregoing Exhibit List with the Clerk of the Court using the ECF system, and that I have provided a true and correct copy to the following non-ECF participant:

>Elza C. Sanders,
># 253399
>Central Mississippi Correctional Facility
>P.O. Box 88550
>Pearl, MS 39208
>>*Pro Se Plaintiff*

This 29th day of October 2025.

>>>>>>/s/ William D. Boyd
>>>>>>OF COUNSEL

98027150.v1