UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELZA C. SANDERS                                                     PLAINTIFF

V.                                CIVIL ACTION NO. 3:25-CV-186-DPJ-ASH

MARTIN PACE, Warren County Sheriff Department,
Individual capacity                                                    DEFENDANT

ORDER

Pro se Plaintiff Elza C. Sanders, an inmate at the Central Mississippi Correctional Facility (CMCF) in Pearl, Mississippi, filed a Response [23] to the Court's Order [19]. In his Response [23], Plaintiff says that he did not receive a copy of Defendant's Motion for Judgment on the Pleadings [15]. At the Omnibus Hearing held on October 29, 2025, Defendant provided Plaintiff with a copy of Motion for Judgment on the Pleadings [15]. The Court therefore grants Plaintiff an extension of time until Wednesday, November 12, 2025, to respond to Defendant's Motion [15]. Accordingly,

IT IS ORDERED that pro se Plaintiff Elza C. Sanders is granted an extension of time **until Wednesday, November 12, 2025**, to file a response to the Defendant's Motion for Judgment on the Pleadings [15]. Plaintiff is directed to file his response either through the electronic case filing system available at CMCF or he may mail his response to the Clerk, 501 E. Court St., Suite 2.500, Jackson, Mississippi 39201.

Plaintiff is warned that failure to comply with an order of the Court or failure to provide a current mailing address as required by the Notice of Assignment [1-1] may result in the dismissal of this case.

SO ORDERED, this the 30th day of October, 2025.

                                                                     *s/Andrew S. Harris*
                                                          UNITED STATES MAGISTRATE JUDGE