UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELZA C. SANDERS                                                                                          PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:25-CV-186-DPJ-ASH

MARTIN PACE, Warren County Sheriff Department,
Individual capacity                                                                                      DEFENDANT

ORDER

Pro se Plaintiff Elza C. Sanders, an inmate at the Central Mississippi Correctional Facility (CMCF) in Pearl, Mississippi, filed a Motion to Amend [24]. In his Motion [24], he stated that he wished to add as a Defendant "John Doe, Jailor." At the Omnibus Hearing held on October 29, 2025, Plaintiff clarified that he was not seeking to add a John Doe Defendant. Because of his clarification, the Court grants Plaintiff's Motion [24] except to the extent that he is seeking to add a John Doe Defendant. Accordingly,

IT IS ORDERED that pro se Plaintiff Elza C. Sanders's Motion to Amend [24] is granted except to the extent that he is seeking to add a John Doe Defendant since he clarified his intent at the October 29, 2025, Omnibus Hearing.

Plaintiff is warned that failure to comply with an order of the Court or failure to provide a current mailing address as required by the Notice of Assignment [1-1] may result in the dismissal of this case.

SO ORDERED, this the 31st day of October, 2025.

                                                *s/Andrew S. Harris*
                                         UNITED STATES MAGISTRATE JUDGE